IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IKIE E. BOHLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv244 |
| | ) | |
| v. | ) | |
| | ) | |
| WYETH, WYETH PHARMACEUTICALS, PHARMACIA & UPJOHN, PFIZER, BARR PHARMACEUTICALS, and GREENSTONE, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The court finds that Document Number 6 should be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 6 from the record.

DATED this 24th day of April, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge