JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 6 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

8:06CV244

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-66)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,843 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICE OF THE CLERK
06 APR 28 AM 11: 13
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# SCHEDULE CTO-66 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 5 06-94 | Patricia Childress v. Wyeth, Inc., et al. |
| FLM 5 06-95 | Janice Stone v. Wyeth, Inc., et al. |
| FLM 8 06-349 | Carol Cotton v. Wyeth, Inc., et al. |
| FLM 8 06-412 | Carolyn Brink v. Wyeth, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60202 | Barbara Bianchini, et al. v. Wyeth, et al. |
| FLS 0 06-60209 | Billie Kaserman v. Wyeth, et al. |
| FLS 9 06-80204 | Roslyn Pick v. Wyeth, Inc., et al. |
| **MAINE** | |
| ME 2 05-195 | Wanda Gage, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 06-419 | Rebecca Barr v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 06-839 | Geraldine Gillette, et al. v. Wyeth, et al. |
| MN 0 06-840 | Nellie Weiss v. Wyeth, et al. |
| MN 0 06-938 | Nellie Harvey v. Wyeth, et al. |
| MN 0 06-939 | Cheryl A. Neal v. Wyeth, et al. |
| MN 0 06-940 | Patricia K. Morgan v. Wyeth, et al. |
| MN 0 06-941 | Beatrice Hayman v. Wyeth, et al. |
| MN 0 06-948 | Jane Larrick, et al. v. Wyeth, et al. |
| MN 0 06-949 | Katherine Gray, et al. v. Wyeth, et al. |
| MN 0 06-950 | Virginia Dunn, et al. v. Wyeth, et al. |
| MN 0 06-960 | Josephine M. Elich v. Wyeth, et al. |
| MN 0 06-961 | Shirley A. King v. Wyeth, et al. |
| MN 0 06-983 | Alice F. Linville v. Wyeth, et al. |
| MN 0 06-984 | Gwendolyn Sue Mercer v. Wyeth, et al. |
| MN 0 06-985 | Joy B. Sons v. Wyeth, et al. |
| MN 0 06-993 | Bryn Brown v. Wyeth, et al. |
| MN 0 06-1003 | Carole Gobel v. Wyeth, et al. |
| MN 0 06-1004 | Lucy Chakerian v. Wyeth, et al. |
| MN 0 06-1007 | Gertrude Miles, et al. v. Wyeth, et al. |
| MN 0 06-1015 | Gunilla Gillespie, et al. v. Wyeth, et al. |
| MN 0 06-1026 | Antonia L. Lopez v. Wyeth, et al. |
| MN 0 06-1028 | Marianne Casteel v. Wyeth, et al. |
| MN 0 06-1088 | Linda Salnave v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-267~~ | ~~Marilyn Billeau, et al. v. Wyeth, et al.~~ **OPPOSED 4/18/06** |
| ~~MOE 4 06-268~~ | ~~Betty Beck, et al. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |
| ~~MOE 4 06-269~~ | ~~Linda Boelk, et al. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |
| ~~MOE 4 06-270~~ | ~~Catherine Flores, et al. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |
| ~~MOE 4 06-271~~ | ~~Brenda Ferguson, et al. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |
| ~~MOE 4 06-272~~ | ~~Robert Henry Devalk, etc. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |
| ~~MOE 4 06-273~~ | ~~Patricia Cushman, et al. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |
| ~~MOE 4 06-274~~ | ~~Mary Lou Burton v. Wyeth, et al.~~ **OPPOSED 4/21/06** |
| ~~MOE 4 06-275~~ | ~~Donna M. Clark, et al. v. Wyeth, et al.~~ **OPPOSED 4/24/06** |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ~~MOE 4 06-276~~ | ~~Betsy Calma, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-277~~ | ~~Linda Burchfield, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-278~~ | ~~Benjamin R. Wright, Jr., et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-279~~ | ~~Jeanne Bross v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-288~~ | ~~Carol S. Buchanan, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-289~~ | ~~Doris Ganzy, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-293~~ | ~~Lois Barg v. Wyeth, et al.~~ OPPOSED 4/18/06 |
| ~~MOE 4 06-294~~ | ~~Gayle Ballew, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-300~~ | ~~Florence Jean Pritchett, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-301~~ | ~~Carolyn George, et al. v. Wyeth, et al.~~ OPPOSED 4/18/06 |
| ~~MOE 4 06-302~~ | ~~Betty Synegal v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-311~~ | ~~Margaret J. Grindle, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-312~~ | ~~Maureen Everett v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-313~~ | ~~Lucy Garcia, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-314~~ | ~~Sylvia Campbell, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-315~~ | ~~Theda Cagle, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-316~~ | ~~Judith Brege v. Wyeth, et al.~~ OPPOSED 4/18/06 |
| ~~MOE 4 06-317~~ | ~~Bonnie Campbell v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-326~~ | ~~Norma Dell Brown, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-327~~ | ~~Mary Bradley v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-328~~ | ~~Linda Bolton, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-329~~ | ~~Sharon L. Baena, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-330~~ | ~~Carol Anderson v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-347~~ | ~~Roma Killian, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-348~~ | ~~Marilyn Carll v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-349~~ | ~~Anna Mae Ayers v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-350~~ | ~~Ruth Mancini v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-351~~ | ~~Marilyn Ferguson, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-352~~ | ~~Martha Kennedy, et al. v. Wyeth, et al.~~ OPPOSED 4/18/06 |
| ~~MOE 4 06-353~~ | ~~Leona Hamm v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-354~~ | ~~Faye Johnson, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-355~~ | ~~Joyce Deloach, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-356~~ | ~~Gail McClellan v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-357~~ | ~~Donna Decker v. Wyeth, et al.~~ OPPOSED 4/18/06 |
| ~~MOE 4 06-358~~ | ~~Nancy Andrews v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-359~~ | ~~Margaret Bickel, et al. v. Wyeth, et al.~~ OPPOSED 4/18/06 |
| ~~MOE 4 06-361~~ | ~~Doris Fortner, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-374~~ | ~~Connie Webb v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| MOE 4 06-375 | Jeanette Westenhoefer, etc. v. Wyeth, et al. |
| ~~MOE 4 06-376~~ | ~~Barbara Jones, et al. v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-378~~ | ~~Audrey Fenton v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-379~~ | ~~Margaret Rubin-Finn v. Wyeth, et al.~~ OPPOSED 4/24/06 |
| ~~MOE 4 06-380~~ | ~~Maxine Howard v. Wyeth, et al.~~ OPPOSED 4/21/06 |
| ~~MOE 4 06-411~~ | ~~Pamela S. Derefield, et al. v. Wyeth, et al.~~ OPPOSED 4/24/06 |

MISSOURI WESTERN
MOW 4 06-211       Raymond Murray, et al. v. Wyeth

NORTH CAROLINA WESTERN
NCW 1 06-72        Wanda Graves, etc. v. Wyeth, Inc., et al.

NEBRASKA
NE 8 06-244        Ikie E. Bohlen v. Wyeth, et al.

SOUTH CAROLINA
SC 4 06-895        Janette Hyman, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
TXE 1 06-110       Myrna F. Morgan, et al. v. Wyeth, et al.

# INVOLVED COUNSEL LIST (CTO-66)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Teresa D. Bartosiak
Sandberg Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO 63101-1880

Charles D. Bavol
Bavol Judge, P.A.
400 North Ashley Drive
Suite 2500
P.O. Box 1400
Tampa, FL 33602

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Ace J. Blackburn, Jr.
Cooney, Mattson, Lance, et al.
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

John P. Borger
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Maureen O. Bryan
Williams, Venker & Sanders, LLC
10 South Broadway
Suite 1600
St. Louis, MO 63102-2740

Gregory J. Bubalo
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

C. R. Buckley
White, Allinder, Graham & Buckley
19049 East Valley View Parkway
Suite C
Independence, MO 64055

Philip D. Buckley
Rudman & Winchell
P.O. Box 1401
Bangor, ME 04401

Brian S. Campf
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Craig D. Cannon
Womble Carlyle Sandridge & Rice
One West Fourth Street
Winton-Salem, NC 27101

Lewis F. Collins, Jr.
Butler, Pappas, Weihmuller, Katz & Craig, LLP
One Harbour Place, Suite 500
777 South Harbour Island Boulevard
Tampa, FL 33602

Martin D. Crump
Davis & Feder
1712 15th Street
Suite 300
P.O. Box 6829
Gulfport, MS 39501

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road
5th Floor
Dallas, TX 75231

Gregory L. Dioneda
Moser & Marsalek
200 North Broadway
Suite 700
St. Louis, MO 63102-2730

Daniel G. Donahue
Herzog Crebs, LLP
One City Centre
515 North Sixth Street
Suite 2400
St. Louis, MO 63101

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Amy R. Freestone
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Deirdre C. Gallagher
Spencer, Fane, Britt & Browne, LLP
One N. Brentwood Boulevard
Suite 1000
St. Louis, MO 63105

Frank H. Gassler
Fowler White Boggs & Banker, PA
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601-1438

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Christopher M. Hohn
Thompson & Coburn
One US Bank Plaza
St. Louis, MO 63101

James Morrison Humphrey
Shugart & Thompson
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Gordon James, III
Gordon, Hargrove & James, P.A.
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308

Gerald D. Jowers
Janet, Jenner & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201

Nikki M. Kavouklis
Law Office of Nikki Kavouklis
114 South Pinellas Avenue
Tarpon Springs, FL 34689

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Kyle A. Lansberry
Lewis Wagner LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Theodore J. Leopold
Ricci Leopold
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Amy J. Lorenz-Moser
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Stephanie A. Lyons
Simmons Cooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Guy E. Motzer
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

D. Michael Noonan
Shaheen & Gordon, P.A.
140 Washington Street
2nd Floor
P.O. Box 977
Dover, NH 03821-0977

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Melissa A. Prickett
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 South Fourth Street
Suite 800
Louisville, KY 40202

John Hudson Richards
Cooney, Mattson, Lance, et al.
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Angela M. Seaton
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

Ruth C. Smith
Grimes & Teich
P.O. Box 7074
Asheville, NC 28802

Donna Solen
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005-3934

William P. Studer
Oppenheimer, Wolff & Donnelly, LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

E. Wayne Taff
Sherman, Taff & Bangert, P.C.
1100 Main Street
Suite 2890
P.O. Box 26530
Kansas City, MO 64196-6530

Beth Ann Thomas
Dean, Ringers, Morgan & Lawton
201 East Pine Street
Suite 1200
P.O. Box 2928
Orlando, FL 32802

Caroline M. Tinsley
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street
Suite 950
St. Louis, MO 63101

Ryan G. Vacca
Stinson & Morrison
100 South Fourth Street
Suite 700
St. Louis, MO 63102

Les Weisbrod
Morgan & Weisbrod, LLP
P.O. Box 821329
Dallas, TX 75382-3761

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-66)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

~~Hon. Henry E. Autrey~~
~~U.S. District Judge~~
~~10N Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
and U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

~~Hon. Jean C. Hamilton~~
~~U.S. District Judge~~
~~16N Thomas F. Eagleton U.S.~~
~~Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal
Courthouse
156 Federal Street
Portland, ME 04101

Hon. Dennis L. Howell
U.S Magistrate Judge
United States District Court
302 United States Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King Federal
Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

~~Hon. Carol E. Jackson~~
~~Chief Judge, U.S. District Court~~
~~14N Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth St., 14th Floor~~
~~St. Louis, MO 63102-1116~~

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 14th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

~~Hon. Rodney W. Sippel~~
~~U.S. District Judge~~
~~10S Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

~~Hon. Donald J. Stohr~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-9958~~

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. E. Richard Webber~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth St., 12th Floor~~
~~St. Louis, MO 63102-1116~~

# INVOLVED CLERKS LIST (CTO-66)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101