A CERTIFIED TRUE COPY

APR 2 4 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 6 2006

FILED
CLERK'S OFFICE

*8: 06cv244*

*DOCKET NO. 1507*

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2006

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## *IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*
*4: 03cv01507 WRW*
### *CONDITIONAL TRANSFER ORDER (CTO-66)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,843 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

**RECEIVED**

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 08 2006

CLERK
U.S. DISTRICT COURT
OMAHA

OFFICE OF THE CLERK

06 MAY -8 PM 2: 53

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By_____ D.C.

# SCHEDULE CTO-66 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 5  06-94 | Patricia Childress v. Wyeth, Inc., et al. |
| FLM 5  06-95 | Janice Stone v. Wyeth, Inc., et al. |
| FLM 8  06-349 | Carol Cotton v. Wyeth, Inc., et al. |
| FLM 8  06-412 | Carolyn Brink v. Wyeth, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0  06-60202 | Barbara Bianchini, et al. v. Wyeth, et al. |
| FLS 0  06-60209 | Billie Kaserman v. Wyeth, et al. |
| FLS 9  06-80204 | Roslyn Pick v. Wyeth, Inc., et al. |
| **MAINE** | |
| ME 2  05-195 | Wanda Gage, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0  06-419 | Rebecca Barr v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0  06-839 | Geraldine Gillette, et al. v. Wyeth, et al. |
| MN 0  06-840 | Nellie Weiss v. Wyeth, et al. |
| MN 0  06-938 | Nellie Harvey v. Wyeth, et al. |
| MN 0  06-939 | Cheryl A. Neal v. Wyeth, et al. |
| MN 0  06-940 | Patricia K. Morgan v. Wyeth, et al. |
| MN 0  06-941 | Beatrice Hayman v. Wyeth, et al. |
| MN 0  06-948 | Jane Larrick, et al. v. Wyeth, et al. |
| MN 0  06-949 | Katherine Gray, et al. v. Wyeth, et al. |
| MN 0  06-950 | Virginia Dunn, et al. v. Wyeth, et al. |
| MN 0  06-960 | Josephine M. Elich v. Wyeth, et al. |
| MN 0  06-961 | Shirley A. King v. Wyeth, et al. |
| MN 0  06-983 | Alice F. Linville v. Wyeth, et al. |
| MN 0  06-984 | Gwendolyn Sue Mercer v. Wyeth, et al. |
| MN 0  06-985 | Joy B. Sons v. Wyeth, et al. |
| MN 0  06-993 | Bryn Brown v. Wyeth, et al. |
| MN 0  06-1003 | Carole Gobel v. Wyeth, et al. |
| MN 0  06-1004 | Lucy Chakerian v. Wyeth, et al. |
| MN 0  06-1007 | Gertrude Miles, et al. v. Wyeth, et al. |
| MN 0  06-1015 | Gunilla Gillespie, et al. v. Wyeth, et al. |
| MN 0  06-1026 | Antonia L. Lopez v. Wyeth, et al. |
| MN 0  06-1028 | Marianne Casteel v. Wyeth, et al. |
| MN 0  06-1088 | Linda Salnave v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4  06-267~~ | ~~Marilyn Billeau, et al. v. Wyeth, et al.~~  **OPPOSED 4/18/06** |
| ~~MOE 4  06-268~~ | ~~Betty Beck, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4  06-269~~ | ~~Linda Boelk, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4  06-270~~ | ~~Catherine Flores, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4  06-271~~ | ~~Brenda Ferguson, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4  06-272~~ | ~~Robert Henry Devalk, etc. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4  06-273~~ | ~~Patricia Cushman, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4  06-274~~ | ~~Mary Lou Burton v. Wyeth, et al.~~  **OPPOSED 4/21/06** |
| ~~MOE 4  06-275~~ | ~~Donna M. Clark, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS   MDL-1507                              PAGE 2 OF 2

**DIST. DIV. C.A. #**                    **CASE CAPTION**

MOE 4 06-276         Betsy Calma, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-277         Linda Burchfield, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-278         Benjamin R. Wright, Jr., et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-279         Jeanne Bross v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-288         Carol S. Buchanan, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-289         Doris Ganzy, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-293         Lois Barg v. Wyeth, et al.  OPPOSED 4/18/06
MOE 4 06-294         Gayle Ballew, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-300         Florence Jean Pritchett, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-301         Carolyn George, et al. v. Wyeth, et al.  OPPOSED 4/18/06
MOE 4 06-302         Betty Synegal v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-311         Margaret J. Grindle, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-312         Maureen Everett v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-313         Lucy Garcia, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-314         Sylvia Campbell, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-315         Theda Cagle, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-316         Judith Brege v. Wyeth, et al.  OPPOSED 4/18/06
MOE 4 06-317         Bonnie Campbell v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-326         Norma Dell Brown, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-327         Mary Bradley v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-328         Linda Bolton, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-329         Sharon L. Baena, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-330         Carol Anderson v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-347         Roma Killian, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-348         Marilyn Carll v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-349         Anna Mae Ayers v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-350         Ruth Mancini v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-351         Marilyn Ferguson, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-352         Martha Kennedy, et al. v. Wyeth, et al.  OPPOSED 4/18/06
MOE 4 06-353         Leona Hamm v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-354         Faye Johnson, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-355         Joyce Deloach, et al. v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-356         Gail McClellan v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-357         Donna Decker v. Wyeth, et al.  OPPOSED 4/18/06
MOE 4 06-358         Nancy Andrews v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-359         Margaret Bickel, et al. v. Wyeth, et al.  OPPOSED 4/18/06
MOE 4 06-361         Doris Fortner, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-374         Connie Webb v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-375         Jeanette Westenhoefer, etc. v. Wyeth, et al.
MOE 4 06-376         Barbara Jones, et al. v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-378         Audrey Fenton v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-379         Margaret Rubin-Finn v. Wyeth, et al.  OPPOSED 4/24/06
MOE 4 06-380         Maxine Howard v. Wyeth, et al.  OPPOSED 4/21/06
MOE 4 06-411         Pamela S. Derefield, et al. v. Wyeth, et al.  OPPOSED 4/24/06

MISSOURI WESTERN
MOW 4 06-211         Raymond Murray, et al. v. Wyeth

NORTH CAROLINA WESTERN
NCW 1 06-72          Wanda Graves, etc. v. Wyeth, Inc., et al.

NEBRASKA
NE 8 06-244          Ikie E. Bohlen v. Wyeth, et al.

SOUTH CAROLINA
SC 4 06-895          Janette Hyman, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
TXE 1 06-110         Myrna F. Morgan, et al. v. Wyeth, et al.